ACCEPTED
03-15-00295-CV
6474416
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/12/2015 11:03:55 PM
JEFFREY D. KYLE
CLERK

## DOCKET NO. 03-15-00295-CV

| | | |
|---|---|---|
| GERALD KOSTECKA | § | THIRD COURT OF |
| | § | APPEALS |
| | § | |
| V. | § | |
| | § | |
| SMOKEY MO'S FRANCHISE, | § | |
| LLC D/B/A SMOKEY MO'S | | |
| BBQ | | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/12/2015 11:03:55 PM
JEFFREY D. KYLE
Clerk

## APPELLANT'S THIRD MOTION FOR EXTENSION OF TIME TO FILE APPELLATE BRIEF

COMES NOW, Appellant Gerald Kostecka, and pursuant to the Texas Rules of Appellate Procedure 38.6(d) and 10.5(b), files this Third Agreed Motion for Extension of Time to File Appellate Brief, and in support thereof would show as follows:

### I.

Appellant's brief in this case was originally due July 15, 2015. Appellant was granted a 21-day extension of time to file the brief until August 5, 2015. This extension was agreed to by Appellee. Appellant sought and was granted an additional seven-day extension until August

12, 2015. Appellee agreed with this extension as well. Appellant's reasons for these extensions are set forth in the respective motions.

## II.

Appellant was in the process of putting the finishing touches on his brief, and was preparing to cite to that portion of the appellate record where Appellant's response (and particularly the affidavit supporting that response) to Appellee's motion for summary judgment was located. Appellant then realized, however, that Appellant's response to the motion for summary judgment had not been included in the appellate record. Appellant had previously requested in writing to the district clerk that Appellant's response to Appellee's motion for summary judgment be included in the appellate record. Appellant attempted to confer with Appellee about this Motion, but Appellee could not be reached.

## III.

Appellant contacted the district clerk's office today. Appellant has been assured that the district clerk will promptly supplement the appellate record by submitting Appellant's response to the motion for summary judgment.

IV.

This Motion is not filed for delay only, but so that justice may be done. The undersigned counsel has personal knowledge of the facts set forth in this Motion. Appellant respectfully requests that this Court extend the deadline for filing Appellant's brief until ten (10) days after the appellate record is supplemented in this case.

WHEREFORE, PREMISES CONSIDERED, Appellant Gerald Kostecka respectfully requests that this Court grant his Third Motion for Extension of Time to File Appellant's Brief, and also requests that the Court grant such further and other relief to which Appellant may be entitled.

Respectfully submitted,

LAW OFFICE OF STUART WHITLOW

By: /s/ Stuart Whitlow_____
     Stuart Whitlow
     Texas Bar No.: 21378050
     1104 S. Mays, Suite 116
     Round Rock, Texas 78664
     Tel. (737) 346-1839
     Fax (512) 218-9235
     Email stuartrtwhitlowlaw@yahoo.com
     Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing legal instrument was served upon Robert House, Clark & Trevino, 1701 Directors Boulevard, Suite 920, Austin, Texas 78744, in accordance with the Texas Rules of Civil Procedure on the 12th day of August, 2015.

_/s/Stuart Whitlow_____

Stuart Whitlow

## CERTIFICATE OF CONFERENCE

This is to certify that Stuart Whitlow, counsel for Appellant Gerald Kostecka, attempted to confer with counsel for Appellee but could not reach him to confer with respect to this Motion.

 /s/Stuart Whitlow_____

Stuart Whitlow